IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICARDO WARE, | |
| Petitioner | |
| VS. | |
| RALPH KEMP, WARDEN, | NO. 5:06-CV-370 (CAR) |
| Respondent | PROCEEDINGS UNDER 28 U.S.C. §2254<br>BEFORE THE U. S. MAGISTRATE JUDGE |

# O R D E R

Petitioner RICARDO WARE has requested this court to provide legal representation to him in the above-captioned §2254 proceeding. Tab #4. The petitioner's request is <u>premature</u>. Until a response has been filed on behalf of the respondent and the court has a chance to review that response, the circumstances of this case cannot be properly evaluated.

The court <u>on its own motion</u> will consider appointing legal counsel for the petitioner <u>if and when</u> it becomes apparent that legal assistance is required in order to avoid prejudice to his rights. Certainly, if an evidentiary hearing is required, counsel will be provided for the petitioner.

Accordingly, at the present time, petitioner's motion for appointment of legal counsel (Tab #4) is DENIED.

SO ORDERED, this 8th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE